
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2021
```

YITTA WERCBERGER, individually and on behalf of others similarly situated,

                    Plaintiff,

  -against-

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., and JOHN DOES 1–25,

                    Defendants.

No. 19 CIV 692 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    Plaintiff Yitta Wercberger ("Plaintiff") filed the present action on January 24, 2019, alleging violations of various provisions of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (ECF No. 1.) On March 2, 2020, the Court ordered Plaintiff to show cause by April 3, 2020 for her failure to take any steps to advance this action since March 5, 2019. The March 3, 2020 order further warned that failure to comply with the order would result in dismissal of this action.

    As Plaintiff has not responded to the March 3, 2020 order, the instant action is hereby dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  November 23, 2021
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1